1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 DANIEL LOURIM,
12                Plaintiff,
13        v.                          CIV. NO. S-09-3131 LKK/KJM
14 WASHINGTON MUTUAL BANK, F.A.;
   GEORGE SANDERS; and DOES 1-20,
15 inclusive,
16                Defendants.
                                    /
17 DANIEL LOURIM,
18                Plaintiff,
19        v.                          CIV. NO. S-09-3134 JAM/DAD
20 WASHINGTON MUTUAL BANK, F.A.;
   GEORGE SANDERS; MARK SHELTON
21 and DOES 1-20, inclusive,
22                Defendants.
                                    /
23
24 ////
25 ////
26 ////

```
 1  DANIEL LOUIM,
 2                     Plaintiff,
 3             v.                      CIV. NO. S-09-3136 JAM/EFB
 4  WASHINGTON MUTUAL BANK, F.A.;
    WELLS FARGO BANK, NA; GEORGE
 5  SANDERS and DOES 1-20, inclusive,
                                       NON-RELATED CASE ORDER
 6
                       Defendants.
 7  _____/
```

8       The court is in receipt of the Notice of Related Cases
9   concerning the above-captioned cases filed November 20, 2009.
10  After consideration, the court has determined that it is
11  inappropriate to relate or reassign the cases, and therefore
12  declines to do so. This order is issued for informational purposes
13  only, and shall have no effect on the status of the cases,
14  including any previous Related (or Non-Related) Case Order of this
15  court.

16      IT IS SO ORDERED.

17      DATED: November 25, 2009.

```
                                   /s/ Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
```

2