UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL LOURIM,

                                    NO. CIV. S-09-3131 LKK/KJM

      Plaintiff,

  v.

WASHINGTON MUTUAL BANK,
F.A., GEORGE SANDERS; and
DOES 1-20, inclusive,                  O R D E R

      Defendants.
                              /

     Pending before the court is a motion to dismiss filed by defendants Washington Mutual Bank, F.A. and George E. Sanders. (Doc. No. 7)  Rather than oppose this motion, plaintiff has filed an amended complaint.  (Doc. No. 12)  Although some of the arguments raised in the motion to dismiss the initial complaint may also apply to the amended complaint, the court declines to address this issue without briefing directly on point from the parties.

////

////

1

1  The pending motion to dismiss is therefore DENIED WITHOUT PREJUDICE
2  as moot.
3       IT IS SO ORDERED.
4       DATED:  December 11, 2009.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```