UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL LOURIM,

                             NO. CIV. S-09-3131 LKK/KJM

       Plaintiff,

    v.

WASHINGTON MUTUAL BANK,
F.A., GEORGE SANDERS; and
DOES 1-20, inclusive,               O R D E R

       Defendants.
_____/

    Plaintiff in this case brings claims arising out of his mortgage.  The three defendants have jointly filed a motion to dismiss noticed for hearing on February 8, 2010.  Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due on January 25, 2010.  Plaintiff has not filed an opposition or statement of non-opposition.

    Based on the above, the court ORDERS as follows:

    1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance

1

with Local Rule 110, including a fine of $150 and/or dismissal of this case.  See also Fed. R. Civ. P. 41(b), Link v. Wabash R.R., 370 U.S. 626, 633 (1962).  Counsel shall file a response to this order to show cause no later than February 8, 2010.

2.  Hearing on defendants' motion to dismiss (Dkt. No. 14) is CONTINUED to February 22, 2010 at 10:00 a.m.

3.  Plaintiff shall file and serve his opposition or statement of non-opposition on or before February 8, 2010.  Defendants may file and serve a reply no later than February 16, 2010.

IT IS SO ORDERED.

DATED:  January 28, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT