UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL LOURIM,

                                    NO. CIV. S-09-3131 LKK/KJM

      Plaintiff,

  v.

WASHINGTON MUTUAL BANK,
F.A., GEORGE SANDERS; and
DOES 1-20, inclusive,                    O R D E R

      Defendants.
                                /

      Plaintiff in this case brings claims against three defendants arising out of plaintiff's mortgage. A status conference in this case was scheduled for February 1, 2010 at 11:00 a.m. Plaintiff failed to file a status report prior to this conference, despite repeated attempts by chambers staff to contact plaintiff's counsel and the opportunity to file a late report.

      The court also notes that on January 28, 2010, this court ordered plaintiff to show cause for failure to file an opposition or a statement of non-opposition to defendants' motion to dismiss,

1

Doc. No. 16.

Based on the above, the court ORDERS as follows:

1. Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $150 and/or dismissal of this case within fourteen (14) days of the issuance of this order See Fed. R. Civ. P. 41(b), Link v. Wabash R.R., 370 U.S. 626, 633 (1962).

2. The status conference set for February 1, 2010 at 11:00 a.m. is vacated.

3. The court SETS a further status conference for March 8, 2010 at 3:00 pm.

IT IS SO ORDERED.

DATED: January 29, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2