UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL LOURIM,

                          NO. CIV. S-09-3131 LKK/KJM

    Plaintiff,

  v.

WASHINGTON MUTUAL BANK,
F.A., GEORGE SANDERS; and
DOES 1-20, inclusive,            O R D E R

    Defendants.
_____/

    On January 28, 2010, the court ordered counsel for plaintiff to show cause why sanctions, including a fine of $150 and/or dismissal of the case, should not issue for failure timely file an opposition or statement of non-opposition to defendants' motion to dismiss. See Doc. No. 16. Counsel responded to the order to show cause on February 8, 2010. See Doc. No. 20. Counsel's argument is that he has an "extensive pending caseload," and inadvertently failed to comply with the filing deadline.

    No good cause shown, the court hereby ORDERS that counsel for

1

plaintiff is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order. Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

    IT IS SO ORDERED.

    DATED: February 25, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2